David L. Johnson (DJ-7079)
Douglas C. Gray (DG-3907)
MORRIS, DOWNING & SHERRED, LLP
One Main Street
P.O. Box 67
Newton, New Jersey 07860
Ph. 973-383-2700
Fax 973-393-3510

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCENT MEDICAL TECHNOLOGY FUND II, LP, | Case No. 07-CIV-6353(SS)(HP) |
| Plaintiff, | |
| v. | **RULE 7.1 STATEMENT** |
| TELEFLEX MEDICAL INCORPORATED, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel for Plaintiff Ascent Medical Technology Fund II, LP certifies that no corporate parent, subsidiary or other affiliate of Plaintiff has securities or other interests that are publicly held.

Dated: July 11, 2007

        MORRIS, DOWNING & SHERRED, LLP

By: _____
    David L. Johnson (DJ-7079)
    Douglas C. Gray (DG-3907)
One Main Street
P.O. Box 67
Newton, New Jersey 07860
Ph. 973-383-2700
Fax 973-393-3510

Attorneys for Plaintiff Ascent Medical Technology Fund II, LP