AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

ASCENT MEDICAL TECHNOLOGY FUND II, LP

**SUMMONS IN A CIVIL ACTION**

V.

TELEFLEX MEDICAL INCORPORATED

CASE NUMBER:

**07 CIV 6353**

**JUDGE SCHEINDLIN**

TO: (Name and address of Defendant)

Teleflex Medical Incorporated
155 So. Limerick Road
Limerick, Pennsylvania 19468

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David L. Johnson
Douglas C. Gray
MORRIS, DOWNING & SHERRED, LLP
One Main Street
P.O. Box 67
Newton, New Jersey 07860

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    7/12/2007
_____           _____
CLERK                                                 DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>July 17, 2007 |
| NAME OF SERVER *(PRINT)*<br>Debbie Christie | TITLE<br>Sacramento Attorneys' Service, Inc. - Employee |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

XX Other (specify):   Mailed:   Teleflex Medical Incorporated
                                155 So. Limerick Rd.
*Attachment                     Limerick, Pennsylvania 19468

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES<br>$45.00 | TOTAL<br>$45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 17, 2007         *Debbie Christie*
                  Date                 Signature of Server

                                      1005 12th Street, Ste. F
                                      Sacramento, CA 95814

                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Attachment to Proof of Service of Summons

I served copies of:

1. Original copy of a Summons signed by the Clerk of Court
2. Complaint and Demand for Jury
3. Rule 7.1 Statement
4. Rules Packet
    a. Individual Rules of Judge Scheindlin
    b. USDC/SDNY Instructions for Filing and Electronic Case or Appeal
    c. USDC/SDNY Guidelines for Electronic Case Filing
    d. USDC/SDNY Procedures for Electronic Case Filing