Seth T. Taube (ST 6088)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
Telephone: (212) 408-2655
Facsimile: (212) 408-2501
*Attorneys for Defendant*
*Teleflex Medical Incorporated*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCENT MEDICAL TECHNOLOGY FUND II, LP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TELEFLEX MEDICAL INCORPORATED,<br><br>　　　　　Defendant. | Civil Action No. 07-CIV-6353 (SAS)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned certifies that Defendant Teleflex Medical Incorporated's parent corporation is Teleflex Incorporated, which is a publicly traded company, and that Teleflex Incorporated owns 10% or more of Defendant Teleflex Medical Incorporated's stock.

Dated: August 6, 2007

BAKER BOTTS L.L.P.

By: _____
Seth T. Taube (ST 6088)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
Telephone: (212) 408-2655
Facsimile: (212) 408-2501

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 6th day of August, 2007, a true and correct copy of the foregoing document was served via electronic filing on all counsel of record through the Court's CM/ECF system.

John P. Mitchell