UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ASCENT MEDICAL TECHNOLOGY
FUND II, LP,

        Plaintiff,

v.

TELEFLEX MEDICAL INCORPORATED,

        Defendant.

Civil Action No. 07-CIV-6353 (SAS)

**ORDER FOR ADMISSION *PRO HAC VICE* OF RICHARD B. HARPER AND MAUREEN P. REID**

Upon the written request of Seth T. Taube, attorney for Defendant Teleflex Medical Incorporated;

**IT IS HEREBY ORDERED** that

    Richard B. Harper
    BAKER BOTTS L.L.P.
    30 Rockefeller Plaza
    New York, New York  10112
    (212) 408-2675
    (212) 259-2475 (Fax)
    richard.harper@bakerbotts.com

and

    Maureen P. Reid
    BAKER BOTTS L.L.P.
    30 Rockefeller Plaza
    New York, New York  10112
    (212) 408-2521
    (212) 259-2521 (Fax)
    maureen.reid@bakerbotts.com

are admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. As this action has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: _____Sept. 6_____, 2007.
New York, New York

_____
THE HONORABLE SHIRA A. SCHEINDLIN, U.S.D.J.

2

NY01:196922.1