IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCENT MEDICAL TECHNOLOGY FUND II, LP,<br><br>Plaintiff,<br><br>v.<br><br>TELEFLEX MEDICAL INCORPORATED,<br><br>Defendant. | Case No. 07-CIV-6353 (SAS)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

Upon the written request of Todd M. Hooker and David L. Johnson, attorneys for Plaintiff Ascent Medical Technology Fund II, LP,

**IT IS HEREBY ORDERED** that

    Todd M. Hooker
    MORRIS, DOWNING & SHERRED, LLP
    One Main Street , P.O. Box 67
    Newton, New Jersey 07860
    Ph. 973-383-2700
    Fax 973-393-3510
    thooker@mdsfirm.com

and

    David L. Johnson
    MORRIS, DOWNING & SHERRED, LLP
    One Main Street , P.O. Box 67
    Newton, New Jersey 07860
    Ph. 973-383-2700
    Fax 973-393-3510
    djohnson@mdsfirm.com

be admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case.

-2-

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys. As this action has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at *nysd.uscourt.gov*. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: Sept 20, 2007
New York, New York

The Honorable Shira A. Scheindlin, U.S.D.J.