USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCENT MEDICAL TECHNOLOGY FUND II, LP, ) | Case No. 07-CIV-6353 (SAS) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AMENDING** |
| ) | **SCHEDULING ORDER** |
| v. ) | |
| ) | |
| TELEFLEX MEDICAL INCORPORATED, ) | |
| ) | |
| Defendant. ) | |
| ) | |

WHEREAS, the Court issued a Scheduling Order on September 11, 2007 (the "Order");

and

WHEREAS, the Order requires that any amendments to the pleadings, including amendments adding parties, be filed on or before September 28, 2007;

WHEREAS, the parties have jointly petitioned the Court to delay this date by ten (10) days in deference to ongoing settlement discussions;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Court's prior Order be, and hereby is, amended to permit amendments to the pleadings in this action, including amendments adding parties, to be filed on or before October 8, 2007.

Dated: September 27, 2007

SO ORDERED:

_____  9/27/07
Shira A. Scheindlin, U.S.D.J.