

DEC  5 2007

RECEIVED CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASCENT MEDICAL TECHNOLOGY
FUND II, LP,

                    Plaintiff,

          v.

TELEFLEX MEDICAL INCORPORATED,

                    Defendant.

Civil Action No. 07-CIV-6353 (SAS)

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/07

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Ascent Medical

Technology Fund II, LP and Defendant Teleflex Medical Incorporated, through their

undersigned counsel, that the above-captioned action and all claims therein be and hereby are

dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED by Plaintiff and Defendant that each

party will bear its own costs and attorneys' fees.

Dated:    November    , 2007

Douglas C. Gray (DG 3907)
David L. Johnson (admitted *pro hac vice*)
Morris, Downing & Sherred LLP
One Main Street
Newton, New Jersey  07871
(973) 383-2700
*Attorneys for Plaintiff*

Seth T. Taube (ST 2326)
Maureen P. Reid (MR 2326)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York  10112
(212) 408-2500
*Attorneys for Defendant*

SO ORDERED:
this ____5____ day of __Dec__ , 2007.

NY01:198963.1